IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM F. LUNDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-278E |
| | ) | |
| MOTION CONTROL INDUSTRIES, | ) | |
| DIVISION OF CARLISLE CORPORATION, | ) | |
| RETIREMENT PLAN FOR BARGAINING | ) | |
| UNIT EMPLOYEES OF MOTION CONTROL | ) | |
| INDUSTRIES, DIVISION OF CARLISLE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

TO:  Clerk of United States District Court
     Western District of Pennsylvania

   You will please enter my appearance on behalf of the plaintiff in the above captioned action.

                                BY:      /s/ Jason Mettley
                                    Jason Mettley, Esquire
                                    Pa. I.D. #81966
                                    JUBELIRER, PASS & INTRIERI, P.C.
                                    219 Fort Pitt Boulevard
                                    Pittsburgh, Pennsylvania 15222
                                    T:  (412) 281-3850
                                    F:  (412) 281-1985
                                    Email:  jm@jpilaw.com

                                    Attorney for Plaintiffs