IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM F. LUNDER, | ) | Docket No. 04-278E |
| | ) | (Judge Maurice B. Cohill, Jr.) |
| Plaintiff | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | |
| | ) | |
| MOTION CONTROL INDUSTRIES, | ) | DEFENDANTS' MOTION FOR SUMMARY |
| DIVISION OF CARLISLE | ) | JUDGMENT |
| CORPORATION, RETIREMENT PLAN | ) | |
| FOR BARGAINING UNIT EMPLOYEES | ) | Filed on behalf of:  Defendants |
| OF MOTION CONTROL INDUSTRIES, | ) | |
| DIVISION OF CARLISLE | ) | Counsel of record for this party: |
| CORPORATION, | ) | Richard A. Lanzillo, Esq. |
| | ) | Knox McLaughlin Gornall |
| Defendants | ) | & Sennett, P.C. |
| | ) | 120 West 10th Street |
| | ) | Erie, PA 16501 |
| | ) | Telephone (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email rlanzillo@kmgslaw.com |
| | ) | PA53811 |
| | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Motion Control Industries, Inc., Division of Carlisle Corporation, and Retirement Plan for Bargaining Unit Employees of Motion Control Industries, Division of Carlisle Corporation, hereby move for summary judgment pursuant to F.R.C.P. 56.

In support of this motion, defendants incorporate by reference their Concise Statement of Material Facts, Appendix of Exhibits, and Memorandum in Support of Motion for Summary Judgment.

For the reasons set forth in their accompanying memorandum, defendants are entitled to summary judgment on plaintiff's claim. No material issue of fact remains for trial and defendants are entitled to judgment in their favor as a matter of law.

-2-

                                                Respectfully submitted,

                                                KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

DATE: March 30, 2006                By: Richard A. Lanzillo /s/
                                                  Richard A. Lanzillo
                                                  PA53811
                                                  120 West Tenth Street
                                                  Erie, PA  16501-1461
                                                  Telephone: (814) 459-2800
                                                  Fax: (814) 453-4530
                                                  Email:  rlanzill@kmgslaw.com

                                                  Attorneys for Defendants, Motion Control Industries, Division of Carlisle Corporation, Retirement Plan for Bargaining Unit Employees of Motion Control Industries, Division of Carlisle Corporation

# 664429