

MOTION CONTROL INDUSTRIES, INC.
4040 Lewis and Clark Drive
Charlottesville, VA 22911
804-975-6028   800-840-5635   FAX: 804-975-6127





August 7, 2003

Mr. William F. Lunder
RD#1 Box 46A
Ridgway, PA  15853

Dear Mr. Lunder,

I am writing to you regarding your request for a Disability Retirement as a participant in the "Carlisle Corporation Retirement Plan for Hourly Paid Employees" of the Ridgway Local Union No. 502.  According to a recent review of the Plan, to qualify for a Disability Retirement, an employee must meet the following criteria:

- The Participant must have ten years of vesting service, and
- The Participant must have a total and permanent disability which enables the participant to be eligible for and receiving Social Security disability benefits, and
- The Participant's termination must have been because of the disability.

The Ridgway facility was permanently closed on March 16, 2002.  To qualify for a Disability Retirement, an employee had to have met the above criteria and retired before the date the facility closed.  Because your disability was determined effective after March 16, 2002, you do not meet the criteria for a Disability Retirement.

If you choose, you may be eligible to retire under one of the other Plan options.  Please feel free to contact me regarding your other options.

Respectfully submitted,

Norman E. Tarbell, Jr.
Division HR Manager
Carlisle Motion Control Industries, Inc.

EXHIBIT D

A Carlisle Company